WILMER E. SHOEMAKER, Respondent, v. REALTY MANAGERS, INC., Appellant.— Determination reversed and order of the City Court affirmed, with costs

---

* See Highway Law, § 302, subd. 2, as added by Laws of 1916, chap. 72; since amd. by Laws of 1921, chap. 580, and Laws of 1924, chap. 360.— [REP.

to the appellant in this court and in the Appellate Term.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.